UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS T STRINGER #95301 | CIVIL ACTION NO. 21-cv-3914 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DEPUTY SEAY | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion for Summary Judgment (Doc. 14) is denied. It is further ordered that Defendant's Motion for Summary Judgment (Doc. 16) is granted and that all claims against Deputy Seay are dismissed with prejudice. The court finds that this action was false and malicious, so this dismissal counts as a strike under the three strikes rule of 28 U.S.C. § 1915.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ~~15th~~ 17th day of \_\_\_\_November\_\_\_\_, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE